IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 1 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**CELLCO PARTNERSHIP and
ALLTEL CORPORATION
D/B/A VERIZON WIRELESS**                                        **PLAINTIFFS**

V.                     CASE NO. 4:09cv 928 -Jmm

**LEWIS E. LANGSTON, III**                                     **DEFENDANT**

### ORDER GRANTING MOTION TO SEAL

On this 11th day of December 2009, there is presented to the Court the Motion of Plaintiff Cellco Partnership and Alltel Corporation d/b/a Verizon Wireless to seal the Declaration of Leighann McGinnis, all exhibits to the Declaration of Leighann McGinnis, and Exhibit B to the Declaration of Sara A. Orr, filed in support of its Motion for Temporary Restraining Order, Preliminary Injunction and Request for Expedited Hearing. The Court finds that said Motion should be granted.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Plaintiff's AND ADJUDGED that Plaintiff's Motion to Seal is GRANTED.

_____
U.S. DISTRICT COURT JUDGE

Dec 11, 2009
DATE

1

Prepared by:

PHILIP E. KAPLAN (68026)
JOANN C. MAXEY (83117)
BONNIE J. JOHNSON (2005165)
WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, Arkansas 72201
Telephone: (501) 372-0800

*Attorneys for Plaintiffs*