**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CELLCO PARTNERSHIP and
ALLTEL CORPORATION
D/B/A VERIZON WIRELESS**                                          **PLAINTIFFS**

**V.**                                   **4:09CV000928JMM**

**LEWIS E. LANGSTON**                                              **DEFENDANT**

**ORDER**

Plaintiffs have filed a Motion for Voluntary Nonsuit.   The Court finds that Plaintiffs'

motion (Docket # 51) should be, and hereby is, GRANTED.   The Court notes that Plaintiffs'

right to re-file the case against this Defendant is subject to the provisions of Rule 41(d) of the

Federal Rules of Civil Procedure.   Under Rule 41(d), the Plaintiffs may be ordered to pay any

costs of this action which the Court deems appropriate if Plaintiffs re-file the action against the

Defendant.

The Motion for Voluntary Nonsuit (Docket # 51) is GRANTED.   The Clerk is directed to

close the case.

IT IS SO ORDERED this 28th day of April, 2010.


_____
James M. Moody
United States District Judge